[Docket Items 36, 38]

**IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VACATION SELECT SERVICES & CONSULTING, LLC, and PAULINO T. BONDS, SR., <br><br> Defendants. | HONORABLE RENÉE MARIE BUMB <br><br> Civil Action <br> No. 18-11636 (RMB/JS) <br><br> **ORDER ADOPTING** <br> **REPORT AND RECOMMENDATION** |

This matter comes before the Court upon the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered August 20, 2019, (Docket Item 38), which recommended that Plaintiff's request for default (Docket Item 36) be granted. The parties were advised on that date that any objections to this Report and Recommendation were to be served and filed with the Clerk of Court within fourteen (14) days thereof, pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2). No objections to the Report and Recommendation have been received, and the time for objections has expired. The Court has independently reviewed the record and the Report and Recommendation and hereby adopts it as the Opinion of this Court. As recommended, Plaintiff's Request for

Default (Docket Item 36) shall be granted as against all Defendants. Accordingly and for the reasons set forth above,

IT IS this **31st** day of **October 2019** hereby

**ORDERED** that this Court hereby **ADOPTS** the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered August 20, 2019 (Docket Item 38); and it is further

**ORDERED** that the Clerk of the Court shall enter default against Defendants.

                                          **s/ Renée Marie Bumb**
                                          **RENÉE MARIE BUMB**
                                          **United States District Judge**