[Doc. No. 42]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| WYNDHAM VACATION OWNERSHIP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VACATION SELECT SERVICES & CONSULTING, LLC, et al., <br><br> Defendants. | HONORABLE RENÉE MARIE BUMB <br><br> Civil No. 18-11636 (RMB/JS) <br><br> **ORDER ADOPTING** <br> **REPORT AND RECOMMENDATION** |

This matter comes before the Court upon the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered on September 1st, 2020, [Doc. No. 43], which recommended that plaintiff's request for final default judgment, permanent injunction, and costs and attorneys' fees be granted. The parties were advised on that date that any objections to this Report and Recommendation were to be served and filed with the Clerk of the Court within fourteen (14) days thereof, pursuant to Fed. F. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2). No objections to the Report and Recommendation have been received, and the time for objections has expired. The Court has independently reviewed the record and the Report and Recommendation and hereby adopts it as the Opinion of this Court. As recommended and as set forth in the Report and

Recommendation, plaintiff's request for final default judgment, permanent injunction, and costs and attorneys' fees [Doc. No. 42] shall be granted as against all defendants. Accordingly, and for the reasons set forth above,

IT IS HEREBY ORDERED this 16th of September 2020 that this Court ADOPTS the Report and Recommendation of the Honorable Joel Schneider, U.S. Magistrate Judge entered on September 1st, 2020 [Doc. No. 43]; and it is further

ORDERED that the Clerk of the Court shall enter a final default judgment against defendants; and it is further

ORDERED that defendants are hereby enjoined, directly or indirectly, from: (1) contacting owners and customers of plaintiff Wyndham Vacation Ownership, Inc. ("WVO") or any of WVO's affiliates or communicating with such customers or owners in any way about timeshare ownership, including offering services which would result in the sale, exit, cancellation, or termination of timeshare ownership; (2) disparaging WVO or any of its affiliates, any of their respective directors, officers, agents, and employees, or any property, commodity, product or service offered by WVO or its affiliates; and (3) using any intellectual property, copyrights, trademarks, or any written, published, online materials relating to WVO or any of WVO's affiliates; and it is further

ORDERED that defendants shall pay plaintiff's costs and attorneys' fees equal to the amount spent as a result of defendants' failure to comply with the Court's Orders, failures to fulfill their discovery obligations, and failures to appear; and it is further

ORDERED that pursuant to L. Civ. R. 54.2, plaintiff has thirty (30) days from the entry of this Order to file a motion for fees and expenses in accordance with L. Civ. R. 7.1; and it is further

ORDERED that defendants have thirty (30) days from the entry of plaintiff's motion for fees and expenses to serve any objections.

_____
**RENÉE MARIE BUMB**
**United States District Judge**